UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 11-9-12

JACKIE ROBERTS, INDIVIDUALLY AND AS
MNG OF D.J., INFANT UNDER AGE 18,

                  Plaintiffs,

    - against -

THE CITY OF NEW YORK, ET AL.,

                  Defendants.

11 Civ. 5458 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has received the Report and Recommendation of Magistrate Judge Freeman dated October 16, 2012, recommending that the Court approve the proposed settlement, subject to the deductions for the plaintiffs' attorneys' fees and costs as detailed in the Report and Recommendation.  There have been no objections to the Report and Recommendation and the time for such objections has passed.  In any event, the Report and Recommendation is thorough and well reasoned and the Court adopts it.  The parties are directed to submit a proposed judgment in accordance with the Report and Recommendation by **November 13, 2012.**  Any counter-proposal may be submitted by **November 15, 2012.**

SO ORDERED.

Dated:    New York, New York
          November 6, 2012

                        John G. Koeltl
                 United States District Judge